**Order entered January 9, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00834-CV

### VANESSA TREVISO, Appellant

### V.

### DISCOVER BANK, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-17584**

## ORDER

The reporter's record in this case is past due. By order dated November 8, 2022, we ordered Tina Thompson, Official Court Reporter for the 134th Judicial District Court, to file either the reporter's record or verification that appellant had not requested the reporter's record by December 8, 2022. On November 15, 2022, appellant filed a copy of her request for preparation of the reporter's record. To date, the reporter's record has not been filed and Ms. Thompson has not corresponded with the Court regarding the status of the reporter's record.

Accordingly, we **ORDER** Ms. Thompson to file the reporter's record within

**TWENTY DAYS** of the date of this order.[1]  We **DIRECT** the Clerk to send

copies of this order to:

      Honorable Dale Tillery
      Presiding Judge
      134th Judicial District Court

      Tina Thompson
      Official Court Reporter
      134th Judicial District Court

      All parties

                                    /s/     ROBERT D. BURNS, III
                                            CHIEF JUSTICE

---

[1] Our records indicate appellant is entitled to proceed without payment of costs.